NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

EDWARD WALTER MEEKER,          )
                               )
          Appellant,           )
                               )
v.                             )          Case No. 2D17-3537
                               )
STATE OF FLORIDA,              )
                               )
          Appellee.            )
                               )
_____)

Opinion filed March 6, 2019.

Appeal from the Circuit Court for Charlotte
County; George Richards, Judge.

Howard L. Dimmig, II, Public Defender,
and Matthew J. Salvia, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and David Campbell,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


LaROSE, C.J., and SILBERMAN and ATKINSON, JJ., Concur.